## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES | UNITED STATES' SECOND AMENDED EXHIBIT LIST |
|---|---|
| v. | CASE NO. 22-20137-CR-MARTINEZ |
| EDUARDO ULISES MARTINEZ | |

| PRESIDING JUDGE<br><br>Hon. Jose E. Martinez | ASSISTANT UNITED STATES ATTORNEYS<br>Marty Fulgueira Elfenbein and Lindsey Lazapoulous Friedman | DEFENSE ATTORNEY<br>Robert Pelier and Luis Fernandez |
|---|---|---|
| TRIAL DATE(S)<br>11/28/2022 – 12/7/2022 | COURT REPORTER<br>Dawn Savino | COURTROOM DEPUTY<br>Shaimekah McKey |

| USA. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 100 | | 11.29.22 | | X | Email from lamagiamar@hotmail.com to joyarte@msn.com dated February 19, 2016 |
| 100A | | 11.29.22 | | X | Certified translation of email from lamagiamar@hotmail.com to joyarte@msn.com dated February 19, 2016 |
| 101 | | 11.29.22 | | X | Email from joyarte@msn.com to lamagiamar@hotmail.com dated February 20, 2016 |
| 101A | | 11.29.22 | | X | Certified translation of email from joyarte@msn.com to lamagiamar@hotmail.com dated February 20, 2016 |
| 102 | | 11.29.22 | | X | Second email from joyarte@msn.com to lamagiamar@hotmail.com dated February 20, 2016 |
| 102A | | 11.29.22 | | X | Certified translation of second email from joyarte@msn.com to lamagiamar@hotmail.com dated February 20, 2016 |
| 102B | | 11.29.22 | | X | Photographs attached to second email from joyarte@msn.com to lamagiamar@hotmail.com dated February 20, 2016 |
| 103 | | 11.29.22 | | X | Third email from joyarte@msn.com to lamagiamar@hotmail.com dated February 20, 2016 |
| 103A | | 11.29.22 | | X | Certified translation of third email from joyarte@msn.com to lamagiamar@hotmail.com dated February 20, 2016 |
| 103B | | 11.29.22 | | X | Photographs attached to third email from joyarte@msn.com to lamagiamar@hotmail.com dated February 20, 2016 |
| 104 | | 11.29.22 | | X | Email from lamagiamar@hotmail.com to joyarte@msn.com dated February 20, 2016 |
| 104A | | 11.29.22 | | X | Certified translation of email from lamagiamar@hotmail.com to joyarte@msn.com dated February 20, 2016 |
| 105 | | 11.29.22 | | X | Email from lamagiamar@hotmail.com to pujas@balclis.com dated February 22, 2016 |

| | | | | | |
|---|---|---|---|---|---|
| 105A | | 11.29.22 | | X | Certified translation of email from lamagiamar@hotmail.com to pujas@balclis.com dated February 22, 2016 |
| 105B | | 11.29.22 | | X | Balclis bid sheet attached to email from lamagiamar@hotmail.com to pujas@balclis.com dated February 22, 2016 |
| 105C | | 11.29.22 | | X | Certified translation of Balclis bid sheet attached to email from lamagiamar@hotmail.com to pujas@balclis.com dated February 22, 2016 |
| 107 | | 11.29.22 | | X | Email chain from lamagiamar@hotmail.com to pujas@balclis.com dated February 23, 2016 |
| 107A | | 11.29.22 | | X | Certified translation of wmail chain from lamagiamar@hotmail.com to pujas@balclis.com dated February 23, 2016 |
| 108 | | 11.29.22 | | X | Email from vfernandez@balclis.com to lamagiamar@hotmail.com dated February 23, 2016 |
| 108A | | 11.29.22 | | X | Certified translation of email from vfernandez@balclis.com to lamagiamar@hotmail.com dated February 23, 2016 |
| 108B | | 11.29.22 | | X | Invoice attached to email from vfernandez@balclis.com to lamagiamar@hotmail.com dated February 23, 2016 |
| 108C | | 11.29.22 | | X | Certified translation of invoice attached to email from vfernandez@balclis.com to lamagiamar@hotmail.com dated February 23, 2016 |
| 109 | | 11.29.22 | | X | Email chain from lagiamar@hotmail.com to vfernandez@balclis.com dated February 24, 2016 |
| 109A | | 11.29.22 | | X | Certified translation of email chain from lagiamar@hotmail.com to vfernandez@balclis.com dated February 24, 2016 |
| 111 | | 11.29.22 | | X | Email from lamagiamar@hotmail.com to vfernandez@balclis.com dated February 27, 2016 |
| 111A | | 11.29.22 | | X | Certified translation of email from lamagiamar@hotmail.com to vfernandez@balclis.com dated February 27, 2016 |
| 111B | | 11.29.22 | | X | Wire payment attached to email from lamagiamar@hotmail.com to vfernandez@balclis.com dated February 27, 2016 |
| 111C | | 11.29.22 | | X | Certified translation of wire payment attached to email from lamagiamar@hotmail.com to vfernandez@balclis.com dated February 27, 2016 |
| 112 | | 11.29.22 | | X | Email from vfernandez@hotmail.com to lamagiamar@hotmail.com dated March 2, 2016 |
| 112A | | 11.29.22 | | X | Certified translation of email from vfernandez@hotmail.com to lamagiamar@hotmail.com dated March 2, 2016 |

| | | | | | |
|---|---|---|---|---|---|
| 112B | | 11.29.22 | | X | Invoice attached to email from vfernandez@hotmail.com to lamagiamar@hotmail.com dated March 2, 2016 |
| 112C | | 11.29.22 | | X | Certified translation of invoice attached to email from vfernandez@hotmail.com to lamagiamar@hotmail.com dated March 2, 2016 |
| 113 | | 12.05.22 | | X | Customs shipping record for shipment 5439363509 |
| 114 | | 11.29.22 | | X | Bank of America statement for Art Master Collection checking account ending in #1837 for February 1, 2016 to February 29, 2016 |
| 115 | | 11.29.22 | | X | Email from lamagiamar@hotmail.com to sumarte@gmail.com dated December 17, 2018 |
| 115A | | 11.29.22 | | X | Photograph attached to email from lamagiamar@hotmail.com to sumarte@gmail.com dated December 17, 2018 |
| 116 | | 11.29.22 | | X | Email chain between bryandeboer@gmail.com and lamagiamar@hotmail.com dated June 14, 2019 |
| 117 | | 11.29.22 | | X | Second email chain from lamagiamar@hotmail.com to bryandeboer@hotmail.com dated June 14, 2019 |
| 117A | | 11.29.22 | | X | Invoice attached to second email chain from lamagiamar@hotmail.com to bryandeboer@hotmail.com dated June 14, 2019 |
| 121 | | 11.29.22 | | X | Bank of America statement for Art Master Collection checking account ending in #1837 from June 1, 2019 to June 30, 2019 |
| 122 | | 11.29.22 | | X | Photographs of Dolly Sisters sculpture from Art Master Collection website produced by Active Mills |
| 200 | | 11.29.22 | | X | Email chain from lamagiamar@hotmail.com to noreplies@bonhams.com dated June 12, 2017 at 11:03 a.m. |
| 202 | | 11.29.22 | | X | Email chain from lamagiamar@hotmail.com to simone.jacques@bonhams.com dated June 12, 2017 at 12:41 p.m. |
| 202A | | 11.29.22 | | X | Certified translation of email chain from lamagiamar@hotmail.com to simone.jacques@bonhams.com dated June 12, 2017 at 12:41 |
| 203 | | 11.29.22 | | X | Email chain from lamagiamar@hotmail.com to simone.jacques@bonhams.com dated June 13, 2017 at 7:28 a.m. |
| 203A | | 11.29.22 | | X | Certified translation of email chain from lamagiamar@hotmail.com to simone.jacques@bonhams.com dated June 13, 2017 at 7:28 |
| 204 | | 11.29.22 | | X | Email chain from lamagiamar@hotmail.com to wawi00@msn.com dated June 13, 2017 |
| 204A | | 11.29.22 | | X | Invoice documents attached to email from lamagiamar@hotmail.com to wawi00@msn.com dated June 13, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 205 | | 11.29.22 | | X | Email from yan.phillips@bonhams.com to lamagiamar@hotmail.com dated June 20, 2017 |
| 205A | | 11.29.22 | | X | Invoice attached to email from yan.phillips@bonhams.com to lamagiamar@hotmail.com dated June 20, 2017 at 6:05 a.m. |
| 206 | | 11.29.22 | | X | Email chain from lamagiamar@hotmail.com to yan.phillips@bonhams.com dated June 20, 2017 at 10:28 a.m. |
| 212 | | 11.29.22 | | X | Bonham's auction catalogue for Decorative Arts from 1860 auction held on June 13, 2017 |
| 213 | | 11.29.22 | | X | Bank of America statement for Art Master Collection checking account ending in #1837 from June 1, 2017 to June 30, 2017 |
| 214 | | 12.05.22 | | X | Eduardo Martinez's Certified Border Crossings |
| 215 | | 11.29.22 | | X | Mailboxes Etc. Shipping Document to Don Dinero Jewelry dated June 26, 2017 |
| 216 | | 11.29.22 | | X | Email from noreply.odd@dhlexpress.com to lamagiamar@hotmail.com dated July 5, 2017 |
| 217 | | 11.29.22 | | X | Mailboxes Etc. Shipping Document to Francisco Pena dated June 28, 2017 |
| 218 | | 12.05.22 | | X | Customs shipping record for shipment 6093357857 |
| 219 | | 12.05.22 | | X | Customs shipping record for shipment 6095234941 |
| 220 | | 11.30.22 | | X | Email from lamagiamar@hotmail.com to 217calbert@gmail.com dated December 14, 2019 |
| 220A | | 11.30.22 | | X | Photographs attached to email from lamagiamar@hotmail.com to 217calbert@gmail.com dated December 14, 2019 |
| 221 | | 12.02.22 | | X | Martell Gallery consignment inventory list dated March 2, 2021 with attached photographs |
| 222 | | 11.30.22 | | X | Email from lamagiamar@hotmail.com to tnikulina@rietmu.lv on January 25, 2018 |
| 222A | | 11.30.22 | | X | Photographs attached to email from lamagiamar@hotmail.com to tnikulina@rietmu.lv on January 25, 2018 |
| 223 | | 12.05.22 | | X | Cellbrite report from Defendant's cell phone with images created July 27, 2021 and July 28, 2021 |

| | | | | | |
|---|---|---|---|---|---|
| 223A | | 12.05.22 | | X | Image 5005 created July 27, 2021 and 5005_1 created July 28, 2021 |
| 224 | | 12.05.22 | | X | WhatsApp messages between Eduardo Martinez and 305-343-4512 on June 28, 2021 |
| 224A | | 12.05.22 | | X | Certified translation of WhatsApp messages between Eduardo Martinez and 305-343-4512 on June 28, 2021 |
| 224B | | 12.05.22 | | X | Photos from WhatsApp messages between Eduardo Martinez and 305-343-4512 on June 28, 2021 |
| 225 | | 12.05.22 | | X | Surveillance video dated September 11, 2021 of Eduardo Martinez moving sculpture inside Art Master Collection showroom |
| 226 | | 12.05.22 | | X | Surveillance video dated September 11, 2021 of Eduardo Martinez moving several sculptures toward door of Art Master Collection |
| 227 | | 12.05.22 | | X | Surveillance video dated September 11, 2021 of Eduardo Martinez loading sculptures into car outside of Art Master Collection (rear angle) |
| 228 | | 12.05.22 | | X | Surveillance video dated September 11, 2021 of Eduardo Martinez loading sculptures into car outside of Art Master Collection (side angle) |
| 229 | | 12.05.22 | | X | Cellbrite report from Defendant's cell phone with images created July 30, 2021 |
| 229A | | 12.05.22 | | X | Images created on July 30, 2021 from Cellbrite report from Defendant's cell phone |
| 300 | | 11.30.22 | | X | Email chain from lamagiamar@hotmail.com to polly.cornthwaite@bonhams.com dated August 7, 2020 |
| 300A | | 11.30.22 | | X | Driver's license attached to email chain from lamagiamar@hotmail.com to polly.cornthwaite@bonhams.com dated August 7, 2020 |
| 300B | | 11.30.22 | | X | Bidding sheet attached to email chain from lamagiamar@hotmail.com to polly.cornthwaite@bonhams.com dated August 7, 2020 |
| 302 | | 11.30.22 | | X | Email from polly.cornthwaite@bonhams.com to lamagiamar@hotmail.com dated August 7, 2020 |
| 302A | | 11.30.22 | | X | Attachments to email from polly.cornthwaite@bonhams.com to lamagiamar@hotmail.com dated August 7, 2020 |
| 303 | | 11.30.22 | | X | Email from UKinvoices@bonhams.com to lamagiamar@hotmail.com dated August 11, 2020 |

| | | | | | |
|---|---|---|---|---|---|
| 303A | | 11.30.22 | | X | Invoice attached to email from Ukinvoices@bonhams.com to lamagiamar@hotmail.com dated August 11, 2020 |
| 304 | | 11.30.22 | | X | Email chain from lamagiamar@hotmail.com to polly.cornthwaite@bonhams.com dated August 14, 2020 |
| 304A | | 11.30.22 | | X | Identification document attached to email chain from lamagiamar@hotmail.com to polly.cornthwaite@bonhams.com dated August 14, 2020 |
| 306 | | 11.30.22 | | X | Bank of America statement for Art Master Collection checking account ending in #1837 from August 1, 2020 to August 31, 2020 |
| 309 | | 11.30.22 | | X | Bonham's auction catalogue for Decorative Arts and Design auction held on August 11, 2020 |
| 310 | | 12.05.22 | | X | Customs shipping documents for shipments 9576865814, 9576865799, 9576865932 |
| 311 | | 11.30.22 | | X | WhatsApp messages between Eduardo Martinez and 305-282-1416 on January 14, 2021 |
| 311A | | 11.30.22 | | X | Certified translation of WhatsApp messages between Eduardo Martinez and 305-282-1416 on January 14, 2021 |
| 311B | | 11.30.22 | | X | Photographs contained in WhatsApp messages between Eduardo Martinez and 305-282-1416 on January 14, 2021 |
| 312 | | 11.30.22 | | X | WhatsApp messages between Eduardo Martinez and 305-282-1416 on April 14, 2021 |
| 312A | | 11.30.22 | | X | Certified translations of WhatsApp messages between Eduardo Martinez and 305-282-1416 on April 14, 2021 |
| 312B | | 11.30.22 | | X | Photographs contained in WhatsApp messages between Eduardo Martinez and 305-282-1416 on April 14, 2021 |
| 313 | | 12.05.22 | | X | Text messages between Eduardo Martinez and Francisco Pena Jr. and photographs of three parcels shipped from London to Miami |
| 313A | | 12.05.22 | | X | Certified translation of text messages between Eduardo Martinez and Francisco Pena Jr. and photographs of three parcels shipped from London to Miami |
| 314 | | 12.05.22 | | X | Surveillance video clip dated September 15, 2021 of Eduardo Martinez moving sculpture in Art Master Collection |
| 315 | | 12.05.22 | | X | Surveillance video clip dated September 15, 2021 of Eduardo Martinez moving sculpture in Art Master Collection |
| 316 | | 12.05.22 | | X | Surveillance video clip dated September 15, 2021 of Eduardo Martinez loading sculpture into car at Art Master Collection |
| 317 | | 12.05.22 | | X | Cellbrite report from the Defendant's cell phone with images created January 18, 2021 |

| | | | | | |
|---|---|---|---|---|---|
| 317A | | 12.05.22 | | X | Images created on January 18, 2021 from Cellbrite report from Defendant's cell phone |
| 318 | | 12.05.22 | | X | Cellbrite report from the Defendant's cell phone with images created July 30, 2021 |
| 318A | | 12.05.22 | | X | Images created on July 30, 2021 from Cellbrite report from Defendant's cell phone |
| 400 | | 11.30.22 | | X | WhatsApp messages between Eduardo Martinez and 647-819-5104 from November 7, 2020 to November 20, 2020 |
| 400A | | 11.30.22 | | X | Certified translation of pages 3 and 5 of WhatsApp messages between Eduardo Martinez and 647-819-5104 from November 7, 2020 to November 20, 2020 |
| 400B | | 11.30.22 | | X | Photographs from WhatsApp messages between Eduardo Martinez and 647-819-5104 from November 7, 2020 to November 20, 2020 |
| 401 | | 11.30.22 | | X | Bank of America statement for Art Master Collection checking account ending in #1837 from November 1, 2020 to November 30, 2020 |
| 402 | | 11.30.22 | | X | WhatsApp messages between Eduardo Martinez and 647-201-2901 from November 16, 2020 to December 21, 2020 |
| 402A | | 11.30.22 | | X | Certified translations of WhatsApp messages between Eduardo Martinez and 647-201-2901 from November 16, 2020 to December 21, 2020 |
| 402B | | 11.30.22 | | X | Photographs from WhatsApp messages between Eduardo Martinez and 647-201-2901 from November 16, 2020 to December 21, 2020 |
| 402C | | 11.30.22 | | X | Audio files from WhatsApp messages between Eduardo Martinez and 647-201-2901 from November 16, 2020 to December 21, 2020 |
| 402D | | 11.30.22 | | X | Certified transcription and certification of Audio files from WhatsApp messages between Eduardo Martinez and 647-201-2901 from November 16, 2020 to December 21, 2020 |
| 403 | | 11.30.22 | | X | WhatsApp messages between Eduardo Martinez and 647-201-2901 from February 19, 2021 to March 7, 2021 |
| 403A | | 11.30.22 | | X | Certified translation of WhatsApp messages between Eduardo Martinez and 647-201-2901 from February 19, 2021 to March 7, 2021 |
| 403B | | 11.30.22 | | X | Photographs from WhatsApp messages between Eduardo Martinez and 647-201-2901 February 19, 2021 to March 7, 2021 |

| | | | | |
|---|---|---|---|---|
| 403C | 11.30.22 | | X | Audio files from WhatsApp messages between Eduardo Martinez and 647-201-2901 from February 19, 2021 to March 7, 2021 |
| 403D | 11.30.22 | | X | Certified transcription and translation of Audio files from WhatsApp messages between Eduardo Martinez and 647-201-2901 from February 19, 2021 to March 7, 2021 |
| 404 | 11.30.22 | | X | WhatsApp messages between Eduardo Martinez and 647-201-2901 from August 17, 2021 to August 24, 2021 |
| 404A | 11.30.22 | | X | Certified translations of WhatsApp messages between Eduardo Martinez and 647-201-2901 from August 17, 2021 to August 24, 2021 |
| 404B | 11.30.22 | | X | Photographs from WhatsApp messages between Eduardo Martinez and 647-201-2901 August 17, 2021 to August 24, 2021 |
| 404C | 11.30.22 | | X | Audio files from WhatsApp messages between Eduardo Martinez and 647-201-2901 from August 17, 2021 to August 24, 2021 |
| 404D | 11.30.22 | | X | Certified transcription and translation of Audio files from WhatsApp messages between Eduardo Martinez and 647-201-2901 from August 17, 2021 to August 24, 2021 |
| 405 | 12.02.22 | | X | WhatsApp messages between Eduardo Martinez and 305-282-1416 from August 24, 2021 to August 26, 2021 |
| 405A | 12.02.22 | | X | Certified translations of WhatsApp messages between Eduardo Martinez and 305-282-1416 from August 24, 2021 to August 26, 2021 |
| 405B | 12.02.22 | | X | Photographs from WhatsApp messages between Eduardo Martinez and 305-282-1416 from August 24, 2021 to August 26, 2021 |
| 406 | 12.05.22 | | X | WhatsApp messages between Eduardo Martinez and 305-496-7213 |
| 406A | 12.05.22 | | X | Certified translation of WhatsApp messages between Eduardo Martinez and 305-496-7213 |
| 406B | 12.05.22 | | X | DHL tracking image in WhatsApp messages between Eduardo Martinez and 305-496-7213 |
| 406C | 12.05.22 | | X | Audio files in WhatsApp messages between Eduardo Martinez and 305-496-7213 |
| 406D | 12.05.22 | | X | Certified transcription and translation of WhatsApp messages between Eduardo Martinez and 305-496-7213 |
| 407 | 12.05.22 | | X | Screen shots from cell phone of Francisco Pena Jr. |
| 409 | 11.29.22 | | X | Bronze cape belonging to Antinea and shipping box seized from home of Francisco Pena Sr. |

| | | | | | |
|---|---|---|---|---|---|
| 410 | | 11.30.22 | | X | Bank of America credit card statement for account ending in 4908 from August 21, 2010 to September 20, 2021 |
| 411 | | 11.30.22 | | X | Bank of America checking account statement for account ending in 0626 from September 1, 2021 to September 30, 2021 |
| 413 | | 12.05.22 | | X | Customs shipping record for shipment 13796780994 |
| 414 | | 12.05.22 | | X | Customs shipping record for shipment 13967327329 |
| 415 | | 11.30.22 | | X | WhatsApp messages between Eduardo Martinez and 34-609-691-946 between November 16, 2020 and November 18, 2020 |
| 415A | | 11.30.22 | | X | Certified translations of WhatsApp messages between Eduardo Martinez and 34-609-691-946 between November 16, 2020 and November 18, 2020 |
| 415B | | 11.30.22 | | X | Photos from WhatsApp messages between Eduardo Martinez and 34-609-691-946 between November 16, 2020 and November 18, 2020 |
| 415C | | 11.30.22 | | X | Audio files from WhatsApp messages between Eduardo Martinez and 34-609-691-946 between November 16, 2020 and November 18, 2020 |
| 415D | | 11.30.22 | | X | Certified transcriptions and translations of audio files from WhatsApp messages between Eduardo Martinez and 34-609-691-946 between November 16, 2020 and November 18, 2020 |
| 416 | | 11.30.22 | | X | WhatsApp messages between Eduardo Martinez and 34-609-691-946 between August 14, 2021 and August 21, 2021 |
| 416A | | 11.30.22 | | X | Certified translations of WhatsApp messages between Eduardo Martinez and 34-609-691-946 between August 14, 2021 and August 21, 2021 |
| 416B | | 11.30.22 | | X | Audio files for WhatsApp messages between Eduardo Martinez and 34-609-691-946 between August 14, 2021 and August 21, 2021 |
| 416C | | 11.30.22 | | X | Certified transcriptions and translations of audio files for WhatsApp messages between Eduardo Martinez and 34-609-691-946 between August 14, 2021 and August 21, 2021 |
| 417 | | 12.05.22 | | X | Surveillance video clip dated September 10, 2021 of Eduardo Martinez unloading boxes at Art Master Collection |
| 418 | | 12.05.22 | | X | Surveillance video clip dated September 10, 20121 of Eduardo Martinez reassembling bronze and ivory sculptures at Art Master Collection |
| 419 | | 12.05.22 | | X | Surveillance video clip dated September 10, 2021 of Eduardo Martinez reassembling bronze and ivory sculpture at Art Master Collection |
| 420 | | 12.05.22 | | X | Surveillance video clip dated September 10, 2021 of Eduardo Martinez loading box into car at Art Master Collection |

| | | | | | |
|---|---|---|---|---|---|
| 421 | | 12.05.22 | | X | Surveillance video clip dated September 11, 2021 of Eduardo Martinez loading sculpture into car at Art Master Collection |
| 422 | | 12.05.22 | | X | Photo from Eduardo Martinez's cell phone extraction of UPS shipping label and shipping paperwork |
| 423 | | 12.05.22 | | X | Photo from Eduardo Martinez's cell phone extraction of shipping box with label |
| 424 | | 12.05.22 | | X | Photo from Eduardo Martinez's cell phone extraction of UPS receipt and UPS shipping paperwork |
| 425 | | 12.05.22 | | X | Photo from Eduardo Martinez's cell phone extraction of DHL shipping paperwork |
| 426 | | 12.05.22 | | X | Composite exhibit of photos from Eduardo Martinez's cell phone extraction of Eduardo Martinez with ivory components and photos of bronze and ivory components taken in Canada |
| 427 | | 12.05.22 | | X | Composite exhibit of photos from Eduardo Martinez's cell phone extraction of DHL shipping documents sent from Spain to Francisco Pena |
| 428 | | 12.05.22 | | X | Cellbrite extraction report for photos from Eduardo Martinez's cell phone with geolocation |
| 429 | | 12.05.22 | | X | Demonstrative GoogleMaps exhibit of King, Ontario |
| 430 | | 11.30.22 | | X | Bronze pieces belonging to "Snake Dancer" seized from Eduardo Martinez's residence during execution of search warrant |
| 431 | | 11.30.22 | | X | Base of sculpture belonging to "Snake Dancer" seized from Eduardo Martinez's residence during execution of search warrant |
| 432 | | 11.30.22 | | X | Bronze pieces belonging to "Ring Girl" seized from Eduardo Martinez's residence during execution of search warrant |
| 434 | | 11.30.22 | | X | Bronze pieces belonging to "Footed" (Footsteps) seized from Eduardo Martinez's residence during execution of search warrant |
| 435 | | 11.30.22 | | X | Base of sculpture "Footed" (Footsteps) seized from Eduardo Martinez's residence during execution of search warrant |
| 436 | | 11.30.22 | | X | Bronze pieces belonging to "Antinea" seized from Eduardo Martinez's residence during execution of search warrant |
| 438 | | 12.05.22 | | X | Customs shipping record for shipment 13808052518 |
| 500 | | 11.30.22 | | X | Email from dianarosa.mendez2016@gmail.com to lamagiamar@hotmail.com dated June 29, 2021 |

| | | | | | |
|---|---|---|---|---|---|
| 500A | | 11.30.22 | | X | Invoice attached to email from dianarosa.mendez2016@gmail.com to lamagiamar@hotmail.com dated June 29, 2021 |
| 500B | | 11.30.22 | | X | Certified translation of invoice attached to email from dianarosa.mendez2016@gmail.com to lamagiamar@hotmail.com dated June 29, 2021 |
| 501 | | 11.30.22 | | X | WhatsApp messages between Eduardo Martinez and 305-343-4512 dated June 28, 2021 |
| 501A | | 11.30.22 | | X | Certified translation of WhatsApp messages between Eduardo Martinez and 305-343-4512 dated June 28, 2021 |
| 501B | | 11.30.22 | | X | Photo from WhatsApp messages between Eduardo Martinez and 305-343-4512 dated June 28, 2021 |
| 505 | | 11.30.22 | | X | MJV Soudant June 27, 2021 auction records from Invaluable |
| 505A | | 11.30.22 | | X | Certified translation of MJV Soudant June 27, 2021 auction records from Invaluable |
| 506 | | 11.30.22 | | X | Bank of America wire transfer from Rafael Angelina Services, Inc. to MJV Soudant on July 16, 2021 |
| 511 | | 11.30.22 | | X | Email from Ryan Air to lamagiamar@hotmail.com dated September 4, 2021 |
| 515 | | 12.05.22 | | X | Photo of bronze and ivory sculpture taken in Gerpiness, Belgium on Eduardo Martinez's cell phone |
| 516 | | 12.05.22 | | X | Demonstrative GoogleMaps exhibit of Gerpiness, Belgium |
| 517 | | 12.05.22 | | X | Photo from Eduardo Martinez's cell phone extraction of DHL shipping paperwork |
| 518 | | 12.05.22 | | X | Demonstrative GoogleMaps exhibit of Drogenbos, Belgium |
| 521 | | 12.05.22 | | X | Shipping record for #13941749756 |
| 523 | | 12.05.22 | | X | Surveillance video clip dated September 15, 2021 of Eduardo Martinez removing two sculptures from Art Master Collection |
| 524 | | 12.05.22 | | X | Surveillance video clip dated September 15, 2021 of Eduardo Martinez loading two sculptures into car outside of Art Master Collection |
| 525 | | 12.05.22 | | X | Demonstrative exhibit of travel path in Belgium |
| 526 | | 11.30.22 | | X | Bronze components of "Un broncanteur devant son etal de petites" sculpture found during execution of search warrant |
| 529 | | 11.30.22 | | X | Bronze components of "L'elegant au bouquet de fleurs" sculpture found during execution of search warrant |

| | | | | | |
|---|---|---|---|---|---|
| 530 | | 11.30.22 | | X | Marble base of L'elegant au bouquet de fleurs" sculpture found during execution of search warrant |
| 600 | | 11.29.22 | | X | Photographs of search of Eduardo's Martinez's luggage at Miami International Airport |
| 601 | | 11.29.22 | | X | Eduardo Martinez Audio-Recorded Interview (USB) |
| 601A | | 11.29.22 | | X | Transcript and translation of Eduardo Martinez's Audio-Recorded Interview |
| 602 | | 11.29.22 | | X | Eduardo Martinez Constitutional Rights Warning |
| 602A | | 11.29.22 | | X | Certified translation of Eduardo Martinez Constitutional Rights Warning |
| 603 | | 11.29.22 | | X | Tools seized from Eduardo Martinez at Miami International Airport |
| 604 | | 11.29.22 | | X | Ivory pieces and screws seized from Eduardo Martinez at Miami International Airport |
| 700 | | 12.05.22 | | X | Photographs taken at Art Master Collection during execution of search warrant |
| 701 | | 11.30.22 | | X | Invoice from Matthew Barton |
| 701A | | 11.30.22 | | X | Certified translation of Invoice from Matthew Barton |
| 702 | | 11.30.22 | | X | Matthew Barton auction catalogue produced by Live Auctioneers |
| 705 | | 11.30.22 | | X | Email chain between lamagiamar@hotmail.com and kate@matthewbartonltd.com dated May 24, 2016 |
| 705A | | 11.30.22 | | X | Attachments to email chain between lamagiamar@hotmail.com and kate@matthewbartonltd.com dated May 24, 2016 |
| 706 | | 11.30.22 | | X | Email chain between lamagiamar@hotmail.com and enquiries@matthewbartonltd.com dated June 14, 2016 |
| 706A | | 11.30.22 | | X | Attachments to email chain between lamagiamar@hotmail.com and enquiries@matthewbartonltd.com dated June 14, 2016 |
| 709 | | 11.30.22 | | X | Wells Fargo wire transfer from Guillermo Miralles to Matthew Barton dated June 21, 2016 |
| 712 | | 11.30.22 | | X | Email chain between lamagiamar@hotmail.com and info@mbeputney.co.uk dated July 21, 2016 |
| 713 | | 11.30.22 | | X | Email chain between lamagiamar@hotmail.com and eddy.ruseler@kpnplanet.nl dated July 29, 2019 |
| 713A | | 11.30.22 | | X | Attachments to email chain between lamagiamar@hotmail.com and eddy.ruseler@kpnplanet.nl dated July 29, 2019 |
| 714 | | 11.30.22 | | X | Email chain between lamagiamar@hotmail.com and eddy.ruseler@kpnplanet.nl dated July 29, 2019 |

| | | | | | |
|---|---|---|---|---|---|
| 715 | | 11.30.22 | | X | Art Master Collection Live Auctioneers catalogue for auction on February 15, 2018 |
| 716 | | 12.01.22 | | X | Photos of Ecstasy sculpture produced by Active Mill |
| 717 | | 11.30.22 | | X | Email from Rachel.barrowman@leonardjoel.com.au to lamagiamar@hotmail.com dated September 7, 2015 |
| 717A | | 11.30.22 | | X | Invoice attached to email from Rachel.barrowman@leonardjoel.com.au to lamagiamar@hotmail.com dated September 7, 2015 |
| 718 | | 11.30.22 | | X | Leonard Joel auction listing for August 23, 2015 auction lot 312 produced by Invaluable |
| 720 | | 11.30.22 | | X | Email chain between Rachel.barrowman@leonardjoel.com.au and lamagiamar@hotmail.com dated September 7, 2015 |
| 722 | | 11.30.22 | | X | Email from lamagiamar@hotmail.com to guillermo505@aol.com dated September 14, 2015 |
| 722A | | 11.30.22 | | X | Certified translation of email from lamagiamar@hotmail.com to guillermo505@aol.com dated September 14, 2015 |
| 723 | | 11.30.22 | | X | Email from kingscross@packsend.com.au and lamagiamar@hotmail.com dated September 30, 2015 |
| 723A | | 11.30.22 | | X | Attachment to email from kingscross@packsend.com.au and lamagiamar@hotmail.com dated September 30, 2015 |
| 725 | | 11.30.22 | | X | Email chain between kingscross@packsend.com.au and lamagiamar@hotmail.com dated October 1, 2015 |
| 725A | | 11.30.22 | | X | Certified translation of email chain between kingscross@packsend.com.au and lamagiamar@hotmail.com dated October 1, 2015 |
| 726 | | 12.05.22 | | X | Customs shipping record for #5268938406 |
| 727 | | 11.30.22 | | X | Art Master Collection Live Auctioneers catalogue for auction on January 17, 2017 |
| 729 | | 11.30.22 | | X | Email chain between michelle.draper@leonardjoel.com.au and lamagiamar@hotmail.com on March 12, 2021 |
| 730 | | 11.30.22 | | X | Email from michelle.draper@leonardjoel.com.au and lamagiamar@hotmail.com on March 12, 2021 |
| 731 | | 12.01.22 | | X | Photos of Butterfly Girl sculpture produced by Active Mill |

| | | | | |
|---|---|---|---|---|
| 732 | 12.05.22 | | X | Video taken at Art Master Collection prior to execution of search warrant |
| 733 | 12.05.22 | | X | Video taken at Art Master Collection after execution of search warrant |
| 735(a-d) | 11.29.22 | | X | Composite: exemplar sculptures seized from Art Master Collection showroom during execution of search warrant |
| 736 | 11.29.22 | | X | Butterfly Ballet Dancer sculpture seized from Art Master Collection showroom during execution of search warrant |
| 737 | 11.29.22 | | X | Ecstasy sculpture seized from Art Master Collection showroom during execution of search warrant |
| 800 | 11.30.22 | | X | Email from sydney@hickmet.com to lamagiamar@hotmail.com dated April 2, 2012 |
| 801 | 11.30.22 | | X | Email from lamagiamar@hotmail.com to david@hickmet.com dated April 2, 2012 |
| 802 | 11.30.22 | | X | Email chain between lamagiamar@hotmail.com and david@hickmet.com from April 2, 2012 to April 5, 2012 |
| 803 | 11.30.22 | | X | Email chain between lamagiamar@hotmail.com to david@hickmet.com from April 17, 2012 to April 23, 2012 |
| 804 | 11.30.22 | | X | Email chain between david@hickmet.com and lamagiamar@hotmail.com from April 17, 2012 to April 24, 2012 |
| 805 | 11.30.22 | | X | Invoice from Hickmet Fine Art dated April 24, 2012 |
| 806 | 11.30.22 | | X | Email from lamagiamar@hotmail.com to david@hickmet.com dated May 2, 2012 |
| 806A | 11.30.22 | | X | Certified translation of email from lamagiamar@hotmail.com to david@hickmet.com dated May 2, 2012 |
| 807 | 12.01.22 | | X | Photos of Fanny Rozet sculpture posted onto Art Master Collection website, produced by Active Mill |
| 808 | 11.29.22 | | X | Fanny Rozet sculpture seized from Eduardo Martinez's residence during execution of search warrant |
| 809 | 11.29.22 | | X | Photographs taken at Eduardo Martinez's residence during execution of search warrant |
| 810 | 11.29.22 | | X | Video taken at Eduardo Martinez's residence prior to execution of search warrant |
| 815 | 11.29.22 | | X | Still shot of recording from video taken at Eduardo Martinez's residence prior to execution of search warrant |
| 900 | 11.30.22 | | X | Email from lamagiamar@hotmail.com to anticmarket@gmail.com dated May 27, 2019 |
| 900A | 11.30.22 | | X | Photos attached to email from lamagiamar@hotmail.com to anticmarket@gmail.com dated May 27, 2019 |
| 901 | 11.30.22 | | X | Email from lamagiamar@hotmail.com to anticmarket@gmail.com dated May 27, 2019 |

| | | | | | |
|---|---|---|---|---|---|
| 901A | | 11.30.22 | | X | Photos attached to email from lamagiamar@hotmail.com to anticmarket@gmail.com dated May 27, 2019 |
| 902 | | 11.30.22 | | X | Email from lamagiamar@hotmail.com to anticmarket@gmail.com dated May 28, 2019 |
| 902A | | 11.30.22 | | X | Photo attached to email from lamagiamar@hotmail.com to anticmarket@gmail.com dated May 28, 2019 |
| 903 | | 11.30.22 | | X | Email chain between lamagiamar@hotmail.com to anticmarket@gmail.com dated May 29, 2019 |
| 903A | | 11.30.22 | | X | Attachment to email chain between lamagiamar@hotmail.com to anticmarket@gmail.com dated May 29, 2019 |
| 905 | | 11.30.22 | | X | Email from lamagiamar@hotmail.com to lamagiamar@hotmail.com dated May 30, 2019 |
| 905A | | 11.30.22 | | X | Attachment to email from lamagiamar@hotmail.com to lamagiamar@hotmail.com dated May 30, 2019 |
| 906 | | 11.30.22 | | X | Email chain between lamagiamar@hotmail.com to anticmarket@gmail.com dated May 30, 2019 |
| 906A | | 11.30.22 | | X | Attachments to email chain between lamagiamar@hotmail.com to anticmarket@gmail.com dated May 30, 2019 |
| 907 | | 11.30.22 | | X | Email chain between capkinn@yahoo.com and lamagiamar@hotmail.com dated June 4, 2019 |
| 908 | | 11.30.22 | | X | Email chain between lamagiamar@hotmail.com to anticmarket@gmail.com dated June 4, 2019 |
| 909 | | 11.30.22 | | X | Email chain between store6890@theupsstore.com and lagiamar@hotmail.com dated June 12, 2019 |
| 910 | | 11.30.22 | | X | Art Master Collection invoices issued for Sale of Kids Playing and Preiss sculpture |
| 911 | | 11.30.22 | | X | Email from ishipservices@services.com to lamagiamar@hotmail.com dated June 13, 2019 |
| 912 | | 11.30.22 | | X | Art Master Collection Bank of American statement for account ending in 1837 for June 30, 2019 |
| 913 | | 12.05.22 | | X | Rushana Tsapkin's border crossings |
| 914 | | 11.30.22 | | X | Email chain between lamagiamar@hotmail.com to anticmarket@gmail.com dated July 8, 2019 |

| No. | | Date | | Admitted | Description |
|---|---|---|---|---|---|
| 915 | | 11.30.22 | | X | Email chain between lamagiamar@hotmail.com to anticmarket@gmail.com dated July 10, 2019 |
| 916 | | 12.05.22 | | X | Michael Tsapkin's Visa records with Department of State |
| 917 | | 12.05.22 | | X | Rushana Tsapkin's Visa records with Department of State |
| 918 | | 12.01.22 | | X | Photos of Kids Playing sculpture produced by Active Mill |
| 919 | | 11.30.22 | | X | Hotel records for Rushana Tsapkin at Roxy Hotel |
| 1001 | | 12.01.22 | | X | Email from lamagiamar@hotmail.com to rfakannengiesser@t-online.de dated September 9, 2019 |
| 1001A | | 12.01.22 | | X | Photos attached to email from lamagiamar@hotmail.com to rfakannengiesser@t-online.de dated September 9, 2019 |
| 1002 | | 12.01.22 | | X | Emails between lamagiamar@hotmail.com and lesterkin@rietmu.lv dated September 10, 2019 |
| 1005 | | 12.01.22 | | X | Emails between tnikulina@rietmu.lv and lamagiamar@hotmail.com dated September 13, 2019 |
| 1010 | | 12.01.22 | | X | Emails between tnikulina@rietmu.lv and lamagiamar@hotmail.com dated September 16, 2019 |
| 1010A | | 12.01.22 | | X | Photo attached to emails between tnikulina@rietmu.lv and lamagiamar@hotmail.com dated September 16, 2019 |
| 1012 | | 12.01.22 | | X | Emails between oprigarkina@rietmu.lv and lamagiamar@hotmail.com dated September 23, 2019 |
| 1012A | | 12.01.22 | | X | Attachment to emails between oprigarkina@rietmu.lv and lamagiamar@hotmail.com dated September 23, 2019 |
| 1013 | | 12.01.22 | | X | Emails between oprigarkina@rietmu.lv and lamagiamar@hotmail.com dated September 25, 2019 |
| 1015 | | 12.01.22 | | X | Emails between ishipservices@iship.com and lamagiamar@hotmail.com dated September 26, 2019 |
| 1016 | | 12.01.22 | | X | Art Master Collection Bank of America account ending in 1837 dated September 30, 2019 |
| 1017 | | 12.01.22 | | X | Art Master Collection Bank of America account ending in 1837 dated October 30, 2019 |
| 1100 | | 11.30.22 | | X | Email from lamagiamar@hotmail.com to capkinnn@yahoo.com dated July 14, 2021 |
| 1101 | | 11.30.22 | | X | Email chain between lamagiamar@hotmail.com to anticmarket@gmail.com dated July 17, 2021 |
| 1102 | | 11.30.22 | | X | Email chain between lamagiamar@hotmail.com to anticmarket@gmail.com dated July 17, 2021 |

| | | | | |
|---|---|---|---|---|
| 1103 | | 11.30.22 | X | Email chain between lamagiamar@hotmail.com to anticmarket@gmail.com dated July 19, 2021 |
| 1104 | | 11.30.22 | X | Email chain between lamagiamar@hotmail.com to anticmarket@gmail.com dated July 22, 2021 |
| 1105 | | 11.30.22 | X | Email chain between lamagiamar@hotmail.com to anticmarket@gmail.com dated July 30, 2021 |
| 1106 | | 11.30.22 | X | Email chain between lamagiamar@hotmail.com to anticmarket@gmail.com dated July 30, 2021 |
| 1109 | | 12.01.22 | X | Email chain between lamagiamar@hotmail.com to anticmarket@gmail.com dated August 12, 2021 |
| 1109A | | 12.01.22 | X | Photos attached to email chain between lamagiamar@hotmail.com to anticmarket@gmail.com dated August 12, 2021 |
| 1110 | | 12.01.22 | X | Email chain between lamagiamar@hotmail.com to anticmarket@gmail.com dated August 14, 2021 |
| 1111 | | 12.01.22 | X | Art Master Collection Bank of America statement for account ending in 0626 dated July 30, 2021 |
| 1112 | | 12.01.22 | X | Photos of Omerth sculpture produced by Active Mill |
| 1216 | | 12.01.22 | X | Art Master Collection receipt provided to Craters and Freighters for "Woman with a Veil" sculpture |
| 1222 | | 12.01.22 | X | Art Master Collection Bank of America records account ending in 0626 dated August 31, 2021 |
| 1223 | | 12.02.22 | | Demonstrative exhibit of CITES Appendices |
| 1224 | | 12.01.22 | X | "Woman with a Veil" sculpture seized from Crater and Freighters |
| 1300 | | 12.05.22 | X | Surveillance video dated September 11, 2012 of Eduardo Martinez packing sculptures into box Art Master Collection into car |
| 1301 | | 12.05.22 | X | Surveillance video dated September 12, 2012 of Eduardo Martinez packing sculptures from Art Master Collection into car |
| 1302 | | 12.05.22 | X | Surveillance video dated September 13, 2021 of Eduardo Martinez and Yaniel Hodelin Ruiz removing sculpture from Art Master Collection showroom |
| 1303 | | 12.05.22 | X | Surveillance video dated September 13, 2021 of Eduardo Martinez and Yaniel Hodelin Ruiz removing sculpture from Art Master Collection showroom |
| 1304 | | 12.05.22 | X | Surveillance video dated September 14, 2021 of Eduardo Martinez and Yaniel Hodelin Ruiz loading sculptures into car outside of Art Master Collection |

| | | | | |
|---|---|---|---|---|
| 1305 | | 12.02.22 | X | Surveillance video dated September 15, 2021 of Eduardo Martinez and Waltford Gonzalez removing sculptures from Art Master Collection |
| 1306 | | 12.02.22 | X | Surveillance video dated September 15, 2021 of Eduardo Martinez and Waltford Gonzalez removing sculptures from Art Master Collection into car |
| 1307 | | 12.02.22 | X | WhatsApp messages between Eduardo Martinez and Walford Gonzalez regarding invoices |
| 1307A | | 12.02.22 | X | Certified translation of WhatsApp messages between Eduardo Martinez and Walford Gonzalez regarding invoices |
| 1308 | | 12.02.22 | X | WhatsApp messages between Eduardo Martinez and Waltford Gonzalez regarding communicating with law enforcement |
| 1308A | | 12.02.22 | X | Certified translation of WhatsApp messages between Eduardo Martinez and Waltford Gonzalez regarding communicating with law enforcement |
| 1309 | | 12.02.22 | X | Invoice from Martell Gallery dated March 11, 2020 |
| 1311 | | 11.29.22 | X | Mollins bronze and ivory sculpture of woman with feathers |
| 1408 | | 12.05.22 | X | Customs shipping record # 1787236147 |
| 1417 | | 12.01.22 | X | Email from lamagiamar@hotmail.com to david@hickmet.com dated May 24, 2016 |
| 1418 | | 12.01.22 | X | WhatsApp messages between Eduardo Martinez and 5491144116796 between June 2, 2021 and June 4, 2021 |
| 1418A | | 12.01.22 | X | Certified translations of WhatsApp messages between Eduardo Martinez and 5491144116796 between June 2, 2021 and June 4, 2021 |
| 1418B | | 12.01.22 | X | Photos from WhatsApp messages between Eduardo Martinez and 5491144116796 between June 2, 2021 and June 4, 2021 |
| 1418C | | 12.01.22 | X | Audio files from WhatsApp messages between Eduardo Martinez and 5491144116796 between June 2, 2021 and June 4, 2021 |
| 1418D | | 12.01.22 | X | Certified transcription and translation of Audio files from WhatsApp messages between Eduardo Martinez and 5491144116796 between June 2, 2021 and June 4, 2021 |
| 1425 | | 12.01.22 | X | Cellbrite report from Defendant's cell phone of photos of ivory angels |
| 1426 | | 12.01.22 | X | Photos of Joel Cabrera's workshop |
| 1427 | | 12.01.22 | X | Photographs of Les Girls sculpture provided by Hector Olivera |

| | | | | | |
|---|---|---|---|---|---|
| 1428 | | 12.02.22 | | X | Photographs of Les Girls sculpture taken at residence of Hector Olivera |
| 1429 | | 12.02.22 | | X | Weshler's auction house sale of Les Girls |
| 1431 | | 12.01.22 | | X | Email from lamagiamar@hotmail.com to konyushihinaelena@mail.ru dated March 30, 2017 |
| 1433 | | 12.05.22 | | X | Email chain from guillermo505@aol.com to lamagiamar@hotmail.com dated February 24, 2016 |
| 1500 | | 11.29.22 | | X | Sunbiz records for Art Master Collection |
| 1501 | | 11.29.22 | | X | Microsoft subscriber records for lamagiamar@hotmail.com |
| 1502 | | 11.29.22 | | X | Microsoft payment records for lamagiamar@hotmail.com |
| 1503 | | 11.29.22 | | X | Signature card for Art Master Collection Bank of America account ending in 1837 |
| 1504 | | 11.29.22 | | X | Signature card for Art Master Collection Bank of America account ending in 1626 |
| 1505 | | 11.29.22 | | X | Internet Archive records for www.artmastercollection.com |
| 1508 | | 11.28.22 | | X | Form 3-177 Declaration of Import/Export – Paper format |
| 1509 | | 12.05.22 | | X | Composite certified customs shipping records |
| 1510 | | 12.01.22 | | X | Trial subpoena to Art Master Collection |
| 1513 | | 12.02.22 | | | Demonstrative exhibit about ivory |